# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              **No. 4:15-cr-175-DPM-1**

**BRIAN BUCKLEY**                                              **DEFENDANT**

## ORDER

Whether a prior conviction is a crime of violence is an onion issue. The Court needs counsel's help getting through the layers. Please answer these questions:

1. Is the Arkansas kidnapping statute divisible? *Descamps v. United States*, 570 U.S. 254 (2013).

2. Is the Arkansas kidnapping statute broader than, narrower than, or the same as generic kidnapping? *Compare United States v. De Jesus Ventura*, 565 F.3d 870 (D.C. Cir. 2009).

3. Does applying the current version of the Guidelines create an *ex post facto* problem? Or is the outcome the same under either potentially applicable version of the Guidelines?

Supplemental briefs due by 29 December 2017. Counsel may also make any other points that they want the Court to consider. Sentencing will be reconvened by separate notice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 December 2017_